In re:  
JO ANN TODD ANKENY  
    Debtor

Case No. 16-08156-MCW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: murillos     Page 1 of 1     Date Rcvd: Jul 18, 2016  
                    Form ID: defid     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.  
db           +JO ANN TODD ANKENY,    15723 W HERITAGE DRIVE,    SUN CITY WEST, AZ 85375-6670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:  
        RUSSELL BROWN    ecfmailclient@ch13bk.com  
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV  
                                                                                              TOTAL: 2

FORM defid

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                           Case No.: 2:16–bk–08156–MCW

JO ANN TODD ANKENY               Chapter: 13
15723 W HERITAGE DRIVE
SUN CITY WEST, AZ 85375
**SSAN:** xxx–xx–0000
**EIN:**

Debtor(s)

## FAILURE TO PROVIDE IDENTIFICATION AT TIME OF FILING

You must provide the court with photo identification within 14 days from the date of this notice. You must bring identification to the Clerk's office during business hours or you may mail a copy to any of the three court offices.

Court Requirements:

If you are filing a new petition and are not represented by an attorney, you must provide a current government issued photo identification card when you bring in or mail your petition to the U.S. Bankruptcy Court.

A required identification card must contain a photograph, be government issued, be current, and be legible. Examples of allowed identification cards are state driver's licenses, state or federal issued identification cards, U.S. passports, or federal, state or local government employee photo identification cards.

For privacy protection, the court will convert identification photocopies collected to pdf documents for retention under a restricted docket event which will be inaccessible to the public. Any paper copies submitted will be scanned and then destroyed.

**Date: July 18, 2016**

**Address of the Bankruptcy Clerk's Office:**        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101               **George Prentice**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000           By: Sybil M, Deputy Clerk
www.azb.uscourts.gov                                       Phone: 602–682–4912